**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-00520-LTB-NYW

GRAND RIVER HOSPITAL DISTRICT,

        Plaintiff,

v.

NGS AMERICAN, INC., and
CORESOURCE, INC.,

        Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants' Motion for Leave to File Amended Answer and Counterclaim to Plaintiff's Complaint (Doc 25 - filed July 17, 2015) is **GRANTED** and the tendered Amended Answer and Counterclaim is accepted for filing this date.




Dated:   November 17, 2015

---