# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No.  15-cv-00520-LTB-NYW

GRAND RIVER HOSPITAL DISTRICT,

       Plaintiff,

v.

NGS AMERICAN, INC., and
CORESOURCE, INC.,

       Defendants.

---

## ORDER
---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 28 - filed December 2, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                           s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:   December 3, 2015